HEINRICH VOGEMANN et al., Respondents, *v.* AMERICAN DOCK AND TRUST COMPANY, Appellant.

*Vogemann* v. *American Dock & Trust Co.*, 131 App. Div. 216, affirmed.
(Argued April 5, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of certain judgments recovered against plaintiff for damage to certain goods alleged to have occurred through the negligence of defendant.

*Ernest Hall, John H. Post* and *James B. Kilsheimer* for appellant.

*Everett P. Wheeler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and CHASE. JJ. Dissenting: HISCOCK, J.